peal, 1st Appellate District, of California, denied. *Mr. Robert B. McClellan, pro se. Messrs. U. S. Webb* and *Charles A. Wetmore, Jr.,* for respondent.

No. 129. MUELLER *v.* UNITED STATES. October 10 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Bart A. Riley* for petition. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Raymond S. Norris, Paul D. Miller,* and *W. Marvin Smith* for the United States.

No. 130. PAN AMERICAN PETROLEUM Co. *v.* UNITED STATES. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. S. M. Haskins* and *Norman S. Sterry* for petitioner. *Solicitor General Thacher, Assistant Attorney General Richardson,* and *Messrs. Atlee Pomerene, Thomas M. Kirby,* and *Frank Harrison* for the United States.

No. 132. NEW ENGLAND TRUST Co. *v.* FARR ET AL. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Edward C. Stone* for petitioner. *Mr. John G. Palfrey* for respondents.

No. 133. PEYTONA LUMBER Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. F. M. Livezey* for petitioner. *Solici-*